UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JORGE FLORES,** | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:15-cv-00315-LJV ) |
| v. | ) ) ) |
| **CRED X DEBT RECOVERY, LLC;** **MICHAEL MURPHY;** and **DOE 1-4,** | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1-4

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the action only as against Defendants DOE 1-4.  Plaintiff will proceed with the action against Defendants CRED X DEBT RECOVERY, LLC and MICHAEL MURPHY.


Date:  July 5, 2016                    s/Robert Amador
                                       _____
                                       ROBERT AMADOR, ESQ.
                                       Attorney for Plaintiff JORGE FLORES
                                       Centennial Law Offices
                                       9452 Telephone Rd. 156
                                       Ventura, CA. 93004
                                       (888)308-1119 ext. 11
                                       (888)535-8267 fax
                                       R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

      I certify that on this date, July 5, 2016, I caused a copy of the foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT AND ATTORNEY'S FEES to be mailed, First Class U.S. Mail, to the following parties:

CRED X DEBT RECOVERY, LLC
4252 Ridge Lea Rd.
Amherst NY 14226

Michael Murphy
4252 Ridge Lea Rd.
Amherst NY 14226

                                             s/Robert Amador

                                             _____
                                             ROBERT AMADOR, ESQ.
                                             Attorney for Plaintiff JORGE FLORES
                                             Centennial Law Offices
                                             9452 Telephone Rd. 156
                                             Ventura, CA. 93004
                                             (888)308-1119 ext. 11
                                             (888)535-8267 fax
                                             R.Amador@centenniallawoffices.com