Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JORGE FLORES,

**DEFAULT JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-315-LJV

Plaintiff,

v.

CRED X DEBT RECOVERY, LLC, and
MICHAEL MURPHY,

Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's motion for default judgment is granted in part in the amount of $3,415: $250 in statutory damages and $3,165 in attorneys' fees.

Date: October 4, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
    Deputy Clerk